# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BRADY EBERHARDT,<br><br>    Plaintiff,<br><br>  v.<br><br> AW, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00645 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ATTEND COURT HEARINGS AS MOOT<br><br>(Document 11) |

Plaintiff Larry Brady Eberhardt ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 3, 2013, and his complaint is currently awaiting screening pursuant to 28 U.S.C. § 1915A(a).

On August 8, 2013, Plaintiff filed a letter in which he requests that the Court issue an order to allow him to attend Court hearings related to this action.  Pursuant to Local Rule 230(l), all motions in pro se prisoner actions such as this are submitted on the record, without a hearing.  Moreover, if and when Plaintiff's attendance is necessary at any point in this action, the Court will issue an appropriate order to permit attendance.  Accordingly, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

    Dated:   **August 23, 2013**              /s/ *Dennis L. Beck*
                                                                         UNITED STATES MAGISTRATE JUDGE